

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2014

No. 04-14-00561-CV

Noe **GARCIA** and Iris Garcia,
Appellant

v.

Gloria **GARCIA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-335
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

The district clerk of Duval County has filed a written request for an exemption from the mandatory e-filing requirement established by Texas Appellate Procedure Rule 9.2(c), stating that the county has not yet completed its e-filing system. The request is GRANTED for purposes of this appeal only. *See* TEX. R. APP. P. 9.2(c)(3). The clerk's record submitted to this court in paper is deemed filed as of this date. The reporter's record has already been filed. Accordingly, the appellant's brief is due ***thirty (30) days*** after the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court